OFFICE OF DISCIPLINARY COUNSEL *v.* LLOYD.

[Cite as *Disciplinary Counsel v. Lloyd* (1994), 71 Ohio St.3d 312.]

(No. 94–2252—Submitted December 7, 1994—Decided December 23, 1994.)

314

*Geoffrey Stern,* Disciplinary Counsel, and *Alvin E. Mathews,* Assistant Disciplinary Counsel, for relator.

*McNamara Law Office* and *Dennis W. McNamara,* for respondent.

---

*Per Curiam.* We concur in the findings and recommendation of the board. Accordingly, Ronald Kevin Lloyd is hereby indefinitely suspended from the practice of law, without credit for time already served for his interim suspension. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.